UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                               Plaintiff, )
) Case No. MJ09-298
                                               v. )
)
MARY SOUSSAN, ) DETENTION ORDER
)
                                             Defendant. )
_____ )

Offenses charged:

       Count 1-18:          MAIL FRAUD in violation of 18 U.S.C. § 1341; AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE, in violation of 18 U.S.C. § 2; ENHANCED PENALTIES FOR TELEMARKETING FRAUD AGAINST THE ELDERLY, in violation of 18 U.S.C. § 2326

       Counts 19 - 38:      WIRE FRAUD, in violation of 18 U.S.C. § 1343; ENHANCED PENALTIES FOR TELEMARKETING FRAUD AGAINST THE ELDERLY, in violation of 18 U.S.C. § 2326; AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE, in violation of 18 U.S.C. § 2

Date of Detention Hearing:    June 12, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

       (1)      Defendant is a Canadian citizen and has no ties to this jurisdiction and no ties

DETENTION ORDER                                                   15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

to the Central District of California.

(2) Thirty-eight counts of fraud convictions could result in a lengthy sentence. Defendant has no incentive to return to face charges.

(3) The witnesses and victims are elderly. If defendant fails to return, many witnesses could dies before extradition occurs.

(4) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of June, 2009.

_JAMES P. DONOHUE_
JAMES P. DONOHUE
United States Magistrate Judge